# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GERARD BELL

NO. 2025 KW 0385

**JUNE 16, 2025**

---

In Re:     Gerard Bell, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No.
           629768.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

> PMc
> HG
> TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT